OPINION — AG — THE APPLICATION OF THE VEHICLE REGISTRATION BENEFITS IN 47 O.S. 1961 22.14 [47-22.14], AS AMENDED BY HOUSE BILL NO. 793, WAS ONLY EXTENDED TO MARKED CITY POLICE CARS AND MARKED HIGHWAY PATROL CARS AND THE WILDLIFE DEPARTMENT'S PASSENGER CARS, WHICH MAY BE USED PRIMARILY FOR LAW ENFORCEMENT WORK AND SECONDARILY FOR OTHER PURPOSES, ARE NOT AUTHORIZED TO BE REGISTERED AT THE REDUCED RATE UNDER SAID SECTION. (LEE COOK)